# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | CV F   07   179 LJO SMS P |
| Plaintiff, | ORDER DENYING MOTION FOR APPOINTMENT OF US MARSHAL TO SERVE COMPLAINT (Doc. 3.) |
| v. | ORDER DENYING MOTION REQUESTING COMPLAINT BE SERVED WITHOUT COURT SCREENING (Doc. 11.) |
| CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION, | |
| Defendants. | |

Garrison S. Johnson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on February 1, 2007.  That same day, Plaintiff filed a Motion for Appointment of the U.S. Marshal to serve process on the Defendants.  On April 6, 2007, Plaintiff filed a Motion requesting that the Court serve the Defendants with his Complaint without conducting a screening of his case and also moved for a Court Order directing the CDCR to transfer him to another institution.  The Court will address each motion individually.

**A. MOTION FOR APPOINTMENT OF THE US MARSHAL**

In his Motion, Plaintiff simply asks that the Court appoint the U.S. Marshal to serve his complaint with prepayment of costs.

The Court will, following a screening and a determination that the Complaint states cognizable claims for relief, direct the U.S. Marshal to serve the Complaint on the appropriate

defendants. Plaintiff need not motion the Court for such an order as one will issue after the screening requirement is met. Accordingly, the Motion for Appointment is DENIED.

**B. MOTION FOR SERVICE WITHOUT SCREENING**

Plaintiff next moves the Court for an Order directing service of the complaint without conducting a screening of the case. Plaintiff states that he filed this action under 28 U.S.C. § 1981 and that the Peach Officer's Association is not a government entity or government officer. As such, he argues, the Court should not screen his case and should immediately serve the Complaint.

Pursuant to 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of the Complaint for sufficiency to state a claim. The Court must dismiss a complaint or portion thereof if it determines that the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the court determines that the Complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies of the complaint can be cured by amendment.

Thus, although Plaintiff believes that screening is unnecessary, he is mistaken. Accordingly, the Motion for Service without screening is DENIED.

**C. ORDER**

Accordingly, the Court HEREBY ORDERS:

1. The Motion for Appointment of the US Marshall to serve the Complaint is DENIED; and

2. The Motion for Service without screening is DENIED.

IT IS SO ORDERED.

**Dated:   April 13, 2007**          /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE