UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION,<br><br>    Defendant.<br>_____/ | 1:07-cv-00179-LJO-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 14)<br><br>**ORDER CONSTRUING MOTION FOR TRANSFER AS MOTION FOR INJUNCTIVE RELIEF** (Doc. 12)<br><br>**ORDER DENYING MOTION FOR INJUNCTIVE RELIEF** (Doc. 12) |

Plaintiff, Garrison S. Johnson ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 13, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  <u>de novo</u> review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.   The Findings and Recommendations, filed April 13, 2007,
8  are ADOPTED IN FULL;
9  2.   Plaintiff's motion for transfer, filed April 6, 2007,
10 is CONSTRUED as a motion for injunctive relief; and,
11 3.   Plaintiff's motion for injunctive relief is therefore
12 DENIED.
13 IT IS SO ORDERED.

**Dated:   June 5, 2007**                       **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE